IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURDOCH ENTERPRISES, INC., )<br>GORDON M. REISINGER, and )<br>HARLAN FEEDERS, INC., )<br>                                      )<br>          Plaintiffs,        )<br>                                      )<br>     v.                            )<br>                                      )<br>EXCEL CORPORATION,      )<br>                                      )<br>          Defendant.        )<br>_____)<br>REPUBLICAN VALLEY FEEDERS, INC., )<br>CARTER FEEDERS, INC. and )<br>GORDON M. REISINGER, )<br>                                      )<br>          Plaintiffs,        )<br>                                      )<br>     v.                            )<br>                                      )<br>CONAGRA FOODS, INC., a Delaware )<br>corporation, and CONAGRA BEEF CO., )<br>                                      )<br>          Defendants.      )<br>_____) | 4:02CV3123<br><br><br><br><br><br>8:02CV3124<br><br><br><br>ORDER |

      This matter is before the Court after resolution by the United States Court of Appeals for the Eleventh Circuit of the appeal in *Pickett v. Tyson Fresh Meats, Inc.*, Civil 96-A-1103-N.

      IT IS ORDERED that a scheduling conference will be held in these matters on:

      **Monday, February 27, 2006, at 1:30 p.m.**

in Room 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court